FILED

07/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0505

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0505

_____

JOEL WALBERG,

      Petitioner and Appellant,

  v.

STATE OF MONTANA,

      Respondent and Appellee.

_____

**ORDER**

_____

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 21, 2021, within which to prepare, serve, and file its response brief.

BG

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2021